NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED


IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT


RODERICK JEROME RILEY,                )
                                      )
        Appellant,                    )
                                      )
v.                                    )        Case No.  2D17-3716
                                      )
STATE OF FLORIDA,                     )
                                      )
        Appellee.                     )
_____)

Opinion filed April 4, 2018.

Appeal pursuant to Fla. R. App. P.
9.141(b)(2) from the Circuit Court for
Hillsborough County; Michelle Sisco,
Judge.

Roderick Jerome Riley, pro se.


PER CURIAM.

        Affirmed.



SILBERMAN, VILLANTI, and BADALAMENTI, JJ., Concur.